KNICKERBOCKER TRUST CO. v. ONEONTA, C. & R. S. RY. CO. et al. In re LOUNSBURY'S ESTATE. (Supreme Court, Appellate Division, Third Department. January 12, 1912.) Action by the Knickerbocker Trust Company, as trustee, against the Oneonta, Cooperstown & Richfield Springs Railway Company and others. In the matter of the appeal by the executors of the estate of John W. Lounsbury, deceased. No opinions. Motions to

dismiss appeal granted without costs. See, also, 131 N. Y. Supp. 1123.